

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00810-CR

Dorothy Jackson **HAYNES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2226
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on December 27, 2018. Neither the brief nor a motion for extension of time to file the brief was filed. On January 3, 2019, this court ordered appellant to respond by no later than January 14, 2019, state a reasonable explanation for failing to timely file the brief, and demonstrate the steps being taken to remedy the deficiency. *See* TEX. R. APP. P. 38.8(b)(2). Appellant was advised that failure to provide an adequate response would result in this appeal being abated to the trial court for an abandonment hearing. *See id.* No response was filed.

Upon further review of the record, it appears the trial court permitted appellant's counsel to withdraw on November 2, 2018. It is therefore ORDERED that this appeal is ABATED to the trial court. *See id.* The trial court is ORDERED to determine whether appellant desires to prosecute this appeal and, if appellant is indigent, appoint new appellate counsel. The trial court is further ORDERED to cause the trial court clerk to file, within thirty (30) days from the date of this order, a supplemental clerk's record containing the trial court's findings regarding appellant's indigency and any order appointing new appellate counsel. All filing deadlines are suspended until further order from this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court